## PRIM v. M. C. KISER CO.

(Decided March 16, 1917. 74 South. 1006.) ·

APPEAL from Clarke Circuit Court.

Heard before Hon. BEN D. TURNER.

T. J. BEDSOLE, for appellant. WILLIAM D. DUNN, ERVIN & MCALEER and PETTUS & LAPSLEY, for appellee.

PER CURIAM.—Appeal dismissed by appellant.